## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

MARJORIE A. HALL,                :

    Plaintiff,                      :

vs.                                           :          CA 08-0101-KD-C

MICHAEL J. ASTRUE,        :
Commissioner of Social Security,
                                                       :

    Defendant.

### **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 6, 2008 is **ADOPTED** as the opinion of this Court.

**DONE** this 8th day of September, 2008.

                                  /s/ Kristi K. DuBose
                                **KRISTI K. DuBOSE**
                                **UNITED STATES DISTRICT JUDGE**