**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| MARJORIE A. HALL, | : | |
| Plaintiff, | : | |
| vs. | : | CA 08-0101-KD-C |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | : | |
| | : | |
| Defendant. | | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated November 19, 2008 is **ADOPTED** as the opinion of this Court.

**DONE** this 22nd day of December, 2008.

       s / Kristi K. DuBose
       **KRISTI K. DuBOSE
       UNITED STATES DISTRICT JUDGE**