IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARJORIE A. HALL, | : |
| Plaintiff, | : |
| vs. | :   CA 08-0101-KD-C |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | : |
| | : |
| Defendant. | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff be awarded reasonable attorney's fees in the amount of $1,378.00 under the Equal Access to Justice Act, representing compensation for the 8 hours of service by Colin E. Kemmerly, Esquire, at the cost-of-living-adjusted rate of $172.25 per hour.

**DONE** this 22nd day of December, 2008.

                 s / Kristi K. DuBose
                 **KRISTI K. DuBOSE**
                 **UNITED STATES DISTRICT JUDGE**